**Order entered June 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00830-CR

### EX PARTE  JOSE AMAYA

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX11-90031-R**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying the relief sought by his application for writ of habeas corpus.  The appeal is accelerated pursuant to Texas Rule of Appellate Procedure 31.

The trial court's order was signed on June 26, 2012 and appellant's notice of appeal is file-stamped July 31, 2012, five days late.  It appears the notice of appeal may have been mailed to the Dallas County District Clerk, but the documents before the Court do not contain a copy of the envelope in which the notice of appeal was mailed.  Therefore, we cannot determine whether the notice of appeal was mailed on or before July 26, 2012.  Accordingly, we **ORDER** appellant to file, within **TEN DAYS** of the date of this order, proof, in accordance with Texas Rule of Appellate Procedure 9.2(b)(2), that the notice of appeal was mailed on or before July 26, 2012. If we do not receive the proof of mailing within the time specified, we will, without further

notice, dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We **ORDER** the Dallas County District Clerk to file the clerk's record containing the documents related to the habeas corpus proceeding by **JULY 8, 2013**.

We **ORDER** the court reporter of the 265th Judicial District Court to file, by **JULY 8, 2013**, the reporter's record of all hearings related to the habeas corpus proceedings.

Appellant's brief is due by **JULY 29, 2013**. The State's brief is due by **AUGUST 19, 2013**.

The appeal will be submitted without argument on **September 13, 2013** to a panel consisting of Justices Bridges, Fillmore, and Lewis.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; Mary Snider, Official Court Reporter, 265th Judicial District Court; and to counsel for all parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE